THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL HAYNES, Appellant.

(Argued April 23, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Supreme Court, rendered September 30, 1914, at a Trial Term for the county of Putnam, upon a verdict convicting the defendant of the crime of murder in the first degree.

*William H. Weeks* for appellant.

*Henry J. Rusk, District Attorney*, for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WERNER, CHASE, COLLIN, CUDDEBACK, MILLER, CARDOZO and SEABURY, JJ.